JS-6

1 | TRACY L. WILKISON
Acting United States Attorney
2 | DAVID M. HARRIS
Assistant United States Attorney
3 | Chief, Civil Division
4 | CEDINA M. KIM
Assistant United States Attorney
5 | Senior Trial Attorney, Civil Division
6 | MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
7 |     Social Security Administration
8 |     160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
9 |     Telephone: (415) 977-8985
10 |     Facsimile: (415) 744-0134
    Email: Michael.Marriott@ssa.gov
11 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JENNIFER D. HATHCOCK, | ) | |
|---|---|---|
| | ) | Case No. 2:20-cv-08414-JEM |
| Plaintiff, | ) | |
| | ) | **JUDGMENT OF REMAND** |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 6/9/2021

*John E. McDermott*
UNITED STATES MAGISTRATE JUDGE